## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

SERGIO ANTONIO HERNANDEZ BAUTISTA,

    Petitioner,

v.

                           Case No. 2:26-cv-01318-MIS-JMR

DORA CASTRO, Warden of Otero County Processing Center; MARY DE ANDA-YBARRA, Field Office Director of Enforcement and Removal Operations, El Paso Field Office, Immigration and Customs Enforcement; MARKWAYNE MULLIN, Secretary of the U.S. Department of Homeland Security; and TODD BLANCHE, Acting United States Attorney General,

    Respondents.

## FINAL JUDGMENT

Pursuant to Federal Rule of Civil Procedure 58(a), and consistent with the Court's Order Granting Petition for Writ of Habeas Corpus entered contemporaneously herewith, Final Judgment is hereby entered in favor of Petitioner Sergio Antonio Hernandez Bautista and against Respondents Dora Castro, Mary De Anda-Ybarra, Markwayne Mullin, and Todd Blanche.

_____
**MARGARET STRICKLAND**
UNITED STATES DISTRICT JUDGE